IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMOND DAVIS                                                                                      PLAINTIFF

v.                                            Civil No. 4:18-cv-04064

SHERIFF JACKIE RUNION;
WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS;
SERGEANT ALLEN GRIFFEN;
LIEUTENANT MILLER                                                                           DEFENDANTS

## ORDER

On April 24, 2018, Clifton O. Solomon filed a civil rights case pursuant to 42 U.S.C. §1983 on his own behalf and on behalf of a number of other inmates of the Miller County Detention Center, including Kimond Davis. As Clifton Solomon could not represent other inmates, the claims were severed and this case was opened on behalf of Plaintiff Kimond Davis.

An order (ECF No. 2) was entered directing Plaintiff to file an amended complaint and an *in forma pauperis* application by May 15, 2018. Plaintiff has not complied with that order. Plaintiff has not communicated with the Court in any way. No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with orders of the court. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added).

Therefore, pursuant to Rule 41(b), this case should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this case.

**IT IS SO ORDERED**, this 31st day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge